## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-25-107-SLP |
| | ) | |
| ROBERT WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

Defendant's letter, construed as a motion to withdraw guilty plea [Doc. No. 30], is

**STRICKEN**.  Defendant is represented by counsel and is not entitled to proceed both pro

se and by counsel.  *See United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th

Cir. 2008).

IT IS SO ORDERED this 15th day of August, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE